THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JESSE LEWIS, Appel-

# 868 Cases Reported with Brief Syllabi.

lant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.